# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GERALD R. MILLER,** | ) |
| Appellee/Plaintiff, | ) |
| v. | ) Case No. CIV-08-093-RAW |
| **CHARLES M. LASTER,** | ) |
| Appellant/Defendant. | ) |

## JUDGMENT

Pursuant to the Order entered contemporaneously, the appeal of the appellant/defendant is hereby DENIED and the decision of the bankruptcy court below is hereby AFFIRMED.

**ORDERED THIS 28th DAY OF MAY, 2008.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**